UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ANGELICA LEE MEALING,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. W-23-CV-00558-ADA |
| § | |
| **TRANSUNION CORPORATION,** § | |
| **DANIELLE NOWLIN,** § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 15. The report recommends that the case be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. The report and recommendation was filed on October 24, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. See Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 15) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 8th day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE